**Thedrick DANIELS, Appellant,**

v.

**AUTO CLUB INTER–INSURANCE EXCHANGE, Respondent.**

**No. ED 102282**

Missouri Court of Appeals,
Eastern District,
***DIVISION THREE.***

Filed: November 17, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied
January 4, 2016

Application for Transfer Denied
March 1, 2016

David C. Knieriem, 7711 Bonhomme, Ste. 850, Clayton, MO 63105, Theodore H. Hoffman, 133 South 11th St., Ste. 310, St. Louis, MO 63102, for Appellant.

Patrick A. Bousquet, 800 Market St., Ste. 1100, St. Louis, MO 63101, for Respondent.

Before Robert M. Clayton III, P.J., Robert G. Dowd, Jr., and Lawrence E. Mooney, J.

## ORDER

PER CURIAM.

Thedrick Daniels ("Appellant") appeals the trial court's denial of his motion for a new trial following a jury verdict in favor of Auto Club Inter–Insurance Exchange ("Respondent") on Appellant's claim for uninsured motorist benefits under a policy issued by Respondent. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).